ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT NO. CR 405-4 |
| | ) | VIO: 18 U.S.C. § 371, CONSPIRACY |
| v. | ) | |
| | ) | 18 U.S.C. § 513, POSSESSION OF |
| | ) | COUNTERFEIT SECURITIES |
| RICHARD SMILEY, and | ) | |
| JAMES PATRICK DENSMORE a/k/a | ) | 18 U.S.C. § 1341, MAIL FRAUD |
| PATRICK EUGENE COOLEY | ) | |
| Defendants. | ) | 18 U.S.C. § 1343, WIRE FRAUD |
| | ) | |
| | ) | 18 U.S.C. § 2, AIDING AND ABETTING |

## ORDER

Considering the foregoing motion by the United States and any opposition thereto,

IT IS HEREBY ORDERED that the trial subpoenas attached to the United States' Application as Exhibit A-C shall require compliance therewith prior to trial and are returnable on the 23rd day of May, 2005.

SO ORDERED, this 3rd day of May, 2005.

HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA